**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAIDEEP S. CHAWLA, )<br><br>                        )<br>        Plaintiff,        )<br>                        )<br>          v.            )<br>                        )<br>INTERNAL REVENUE SERVICE; REAL )<br>PROPERTY LOCATED IN WASHINGTON, )<br>DISTRICT OF COLUMBIA; REAL PROPERTY )<br>LOCATED IN BROOKLINE, COUNTY OF )<br>NORFOLK, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY )<br>LOCATED IN NORTH ANDOVER, COUNTY )<br>OF ESSEX, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY )<br>LOCATED IN WESTON, COUNTY OF )<br>MIDDLESEX, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY )<br>LOCATED IN NEWTON CENTRE, COUNTY )<br>OF MIDDLESEX, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY )<br>LOCATED IN CHARLESTOWN, COUNTY OF )<br>SUFFOLK, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY 1 )<br>LOCATED IN BOSTON, COUNTY OF )<br>SUFFOLK, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY 2 )<br>LOCATED IN BOSTON, COUNTY OF )<br>SUFFOLK, COMMONWEALTH OF )<br>MASSACHUSETTS; REAL PROPERTY 3 )<br>LOCATED IN BOSTON, COUNTY OF )<br>SUFFOLK, COMMONWEALTH OF )<br>MASSACHUSETTS; ONE AUTOMOBILE )<br>WITH A CERTAIN MASSACHUSETTS )<br>LICENSE PLATE; REAL PROPERTY IN )<br>MANCHESTER, COUNTY OF ESSEX, )<br>COMMONWEALTH OF MASSACHUSETTS; )<br>MASSMAIL EMAIL SYSTEM OF THE )<br>COMMONWEALTH OF MASSACHUSETTS; )<br>ONE OR MORE EQUITABLE SHARING )| No. 19-CV-11283-NT |

PROGRAM BANK ACCOUNTS; ONE OR )
MORE BANK ACCOUNTS OF THE OBAMA )
FOUNDATION; ONE OR MORE BANK )
ACCOUNTS OF THE TRUSTEES OF BOSTON )
COLLEGE; A TOYOTA TACOMA WITH A )
MASSACHUSETTS LICENSE PLATE; MAURA )
HEALEY, individual and in her official capacity as )
Attorney General of the Commonwealth of )
Massachusetts; ERIC NEYMAN, individually and )
in his official capacity as Justice of the )
Massachusetts Appeals Court; C. JEFFREY )
KINDER, individually and in his official capacity )
as Justice of the Massachusetts Appeals Court; )
GEORGE O'TOOLE, JR., individually and in his )
Official capacity as Chief Judge of the United )
States District Court for the District of )
Massachusetts; PATTI SARIS, individually and in )
her official capacity as Chief Judge of the United )
States District Court for the District of )
Massachusetts; LEO SOROKIN, individually and )
in his official capacity as Judge of the United )
States District Court for the District of )
Massachusetts; ROBERT FARRELL, individually )
and in his official capacity as Clerk of the United )
States District Court for the District of )
Massachusetts; DEBRA SQUIRES-LEE, )
individually and in her official capacity as Justice )
of the Superior Court of the Commonwealth; )
LINDA GILES, individually and in her official )
capacity as Justice of the Superior Court of the )
Commonwealth; AMY CRAFTS, PIERCE CRAY, )
GILLIAN FEINER, DEAN MAZZONE, )
HOWARD MESHNICK, THOMAS MURPHY, )
JAMES SWEENEY, LORRAINE TARROW, )
JEFFREY WALIZER, individually and in their )
respective official capacities as Assistant Attorneys )
General of the Commonwealth; MARIS ABBENE, )
TYLER ARCHER, DAVID BARRON, JUDD )
CARHART, R. MICHAEL CASSIDY; MARTHA )
COAKLEY, KEVIN CURTIN, JOHN DAWLEY, )
BRIANDURI(IN, THOMAS DURKIN, )
MICHAEL FATALE, JOSEPH HERLIHY, )
SARAH HERLIHY, GARY KATZMANN, )
ELISABETH KELLER, THOMAS LAMPERT, )
DAVID LOWY, LORETTA LYNCH, DAVID )
MACKEY, THOMAS MAFFEI, JUSTIN )

MALONEY, BARACK OBAMA, GEORGE )
O'TOOLE, JR., CARMEN ORTIZ, VINCENT )
ROUGEAU, DONALD SAVERY, DAVID )
SIMAS, ROBERT ULLMANN, JOHN VERNER, )
GABRIELLE WOLOHOJIAN, individually; )
CHRISTOPHER HARDING, in his official )
Capacity as Commissioner of the Massachusetts )
Department of Revenue; UNITED STATES; U.S. )
DEPARTMENT OF JUSTICE; UNITED STATES)
DISTRICT COURT FOR THE DISTRICT OF )
MASSACHUSETTS; COMMONWEALTH OF )
MASSACHUSETTS; SUPREME JUDICIAL )
COURT OF THE COMMONWEALTH; )
MASSACHUSETTS APPEALS COURT; )
SUFFOLK SUPERIOR COURT; STATE OF )
COLORADO; AMERICAN BAR ASSOCIATION;)
LAW SCHOOL ADMISSIONS COUNCIL; )
TRUSTEES OF BOSTON COLLEGE; CORNELL )
UNIVERSITY; and WILMER CUTLER )
PICKERING HALE AND DORR, LLP, )
 )
  Defendants. )
  _____)

## JUDGMENT OF DISMISSAL

In accordance with the Order Dismissing Case, issued on January 17, 2020 by U.S. District

Judge Nancy Torresen, the plaintiff's complaint is Dismissed.

JUDGMENT OF DISMISSAL is hereby entered.

**SO ORDERED.**

/s/ Melody Dalphonse
Deputy Clerk

Dated this 17th day of January, 2020.

3